UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JAMES TOMASSI,

                  Plaintiff,

      -against-

STATE OF NEW YORK, NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES,

                  Defendants.
----------------------------------------------------------------X

For Online Publication Only

**ORDER**
18-CV-3215(JMA)(AKT)

**AZRACK, District Judge:**

On May 31, 2018, incarcerated *pro se* plaintiff James Tomassi ("plaintiff") filed a complaint pursuant to 42 U.S.C. §1983 in this Court but did not remit the filing fee or file an application to proceed *in forma pauperis*. Accordingly, by Notice of Deficiency dated June 1, 2018 ("Notice"), plaintiff was instructed to either remit the filing fee or complete and return the enclosed application to proceed *in forma pauperis* within fourteen (14) days from the date of the Notice. The Notice warned plaintiff that his failure to timely comply may result in the dismissal of his ion for failure to prosecute. (*See* Notice, Docket Entry No. 3.) The Notice was mailed to plaintiff at his address of record, and has not been returned to the Court. To date, plaintiff has not responded to the Notice nor has he otherwise communicated with the Court about this case. Accordingly, the complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that *in forma pauperis* status for the purpose of an appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The

2

Clerk of the Court is directed to mail a copy of this order to the plaintiff at his last known address and to mark this case closed.

**SO ORDERED.**

Dated:   October 17, 2018
        Central Islip, New York

                                                  /s/ (JMA)
                                                Joan M. Azrack
                                                United States District Judge